

# Fourth Court of Appeals
## San Antonio, Texas

March 22, 2019

No. 04-18-00384-CR

The **STATE** of Texas,
Appellant

v.

Desiree Renee **GOMEZ**,
Appellee

From the County Court at Law No. 5, Bexar County, Texas
Trial Court No. 542323
Honorable John Longoria, Judge Presiding

## O R D E R

Sitting:    Luz Elena D. Chapa, Justice
Beth Watkins, Justice
Liza Rodriguez, Justice

The State's motion to publish and to change the designation from "Memorandum Opinion" to "Opinion" is granted.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of March, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court